UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES—GENERAL**

| | |
|---|---|
| Case No.  5:25-cv-02902-MEMF-JDEx | Date  November 10, 2025 |
| Title  Phu Van Ta v. Kristi Noem et al | Page  1 of 1 |

Present: The Honorable  **MAAME EWUSI-MENSAH FRIMPONG, UNITED STATES DISTRICT JUDGE**

| Damon Berry | CourtSmart |
|---|---|
| Deputy Clerk | Court Recorder |

| Attorneys Present for Petitioner(s) | Attorneys Present for Respondent(s) |
|---|---|
| Michael T. Drake | Alexander Layne Farrell |

**Proceedings: PETITIONER'S MOTION FOR PRELIMINARY INJUNCTION [3]**

The Court issues a tentative ruling prior to the hearing. The Court invites counsel to present oral arguments.

For the reasons stated on the record, the matter is taken under submission. Order to issue.

**IT IS SO ORDERED.**